IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 32.208.230.181

**ISP:** Frontier Communications
**Physical Location:** Middletown, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/19/2017 15:49:27 | 1FEBEAE24947809F23D129E3B91518F0BD9C65AB | Fill Her Up |
| 10/14/2017 23:30:50 | C72E9A5E82392AE6BFD39FEBCC3DC249DE45A113 | Virtual Girlfriend |
| 09/24/2017 03:48:52 | 2551912EB3480FB6DB00A6EA2BA637AA4C59D3EF | Piano Concerto |
| 08/23/2017 03:04:52 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 08/01/2017 03:40:59 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/23/2017 05:02:27 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 07/23/2017 03:08:22 | A08B3EC7353766D73A40B27EFC6EFBE9660BCA9D | Definitely Not So Shy |
| 07/15/2017 09:16:45 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 01/22/2017 21:09:08 | 8C083AFAE5E207ED004D0C0DC0310A1D15111394 | New Year Bang |
| 10/31/2016 02:40:25 | A3358C19705F297A1B9297A01DB86E5CC2E48635 | Forbidden Fruit |
| 08/03/2016 18:49:50 | F4AAFC58C14889CFE1AA2E23EA4D0730C3FF8B69 | Three Way is the Best Way |
| 07/17/2016 07:38:39 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 05/21/2016 17:27:33 | 6898207AA666642FF160C3026AEA9EADA256D52D | One Show For Each |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CT59